IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07CR14-2-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| HUMBERTO PACHECO-GAMEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on a "Motion for Attorney to Appear Pro Hac Vice" (document #30) filed June 1, 2007, requesting admission of Attorney Thomas C. Fagerberg to represent Defendant Humberto Pacheco-Gamez. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: June 4, 2007

_____
Carl Horn, III
United States Magistrate Judge